Certificate Number: 17572-PAM-DE-035173357

Bankruptcy Case Number: 20-03402



17572-PAM-DE-035173357

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 13, 2020</u>, at <u>6:53</u> o'clock <u>AM PST</u>, <u>Angela Schreck</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 13, 2020</u>         By:   <u>/s/Benjamin E Wunsch</u>

                                     Name: <u>Benjamin E Wunsch</u>

                                     Title: <u>Counselor</u>