In re:  Case No. 20-03402-RNO

Angela S Schreck  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Jan 13, 2021      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela S Schreck, 215 Fair St, Bloomsburg, PA 17815-1413 |
| 5376403 | + | Attorney General of Ohio, PO Box 89471, Cleveland, OH 44101-6471 |
| 5376404 | + | Barbara Schreck, 345 Extension St, Mansfield, PA 16933-1066 |
| 5376405 | + | Barbara Shreck, 345 Extension St, Mansfield, PA 16933-1066 |
| 5376407 | + | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5376410 | + | First Citizens National Bank Mans, 15 S Main St, Mansfield, PA 16933-1590 |
| 5376411 | + | Freedom Mortgage, PO Box 50485, Indianapolis, IN 46250-0485 |
| 5376412 | + | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5380066 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5376417 | + | TD Bank Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5376418 | + | University of Cincinnati, 2600 Clifton Ave, Cincinnati, OH 45220-2872 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2021 19:25:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5376406 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 19:15:18 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5376408 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2021 19:21:00 | Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5376409 | | Email/Text: mrdiscen@discover.com | Jan 13 2021 19:20:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 5378762 | | Email/Text: mrdiscen@discover.com | Jan 13 2021 19:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5376413 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 13 2021 19:15:17 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 5376414 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2021 19:20:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5376415 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2021 19:20:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15222 |
| 5376479 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 19:15:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5376416 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 19:14:22 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 5376419 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 13 2021 19:21:00 | VW Credit Inc, PO Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Angela S Schreck bobspielman@yahoo.com rssecty@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Angela S Schreck,  
**Debtor 1**

Chapter 13

Case No. 5:20−bk−03402−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 24, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 3, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 13, 2021 |

ntcnfhrg (03/18)