IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re
Angela S Schreck
    Debtor                                               Case No 5:20-bk-03402

Angela S Schreck
    Movant
v

Freedom Mortgage Corporation
Columbia County
Bloomsburg Area School District
Town of Bloomsburg
Jack N Zaharopoulas Trustee
    Respondents

ORDER

    Upon consideration of the MOTION OF DEBTOR FOR SALE OF REAL PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS IN ACCORDANCE WITH SECTION 363(b)(1) OF THE CODE (the "Motion"), the relief sought in the Motion is granted, and Debtor is permitted to sell the Premises that are the subject of the Motion to Gabriel Oliver for the sum of $169,900, not in the ordinary course of the Debtor's business, in accordance with Section 363(b)(1) of the Code; and with the following items shall be paid at closing, in the following order: a) legal fees and expenses incurred by Debtor's counsel as a consequence of this transaction in the amount of $1565; b) a broker's fee of 6% of the Consideration; c) all real estate taxes prorated as of the date of closing; d) transfer taxes and closing, deed preparation, and recording expenses, e) the mortgage of Freedom Mortgage Corporation, f) the Debtor's exemption under Section 522(d)(1) of the Code; and g) the remainder to the Chapter 13 Trustee.