## Schreck

From: Cory Poticher (cory-poticher@villagerrealty.com)

To: bobspielman@yahoo.com

Date: Wednesday, June 23, 2021, 02:05 PM EDT

Cory Poticher

Authentisign ID: 3C143580-7097-4B5C-9313-FDE054A507C6

# ADDENDUM/ENDORSEMENT TO AGREEMENT OF SALE    ASA

1   PROPERTY 215 FAIR Street
2            Bloomsburg, PA 17815
3   SELLER Angela Schreck; Schreck, Barbara Schreck
4   BUYER Gabriel Oliver
5   DATE OF AGREEMENT June 11, 2021

7 Buyer and seller agree that this offer is contingent upon review and acceptance from the United States Bankruptcy Court
8 within 45 days.

37 All other terms and conditions of the Agreement of Sale remain unchanged and in full force and effect.

39 WITNESS _____ BUYER /s/ Gabriel Oliver _____ DATE 6/18/21
40                                      Gabriel Oliver
42 WITNESS _____ BUYER _____ DATE _____
45 WITNESS _____ BUYER _____ DATE _____
48 WITNESS _____ SELLER /s/ Angela Schreck; Schreck (Authentisign 6/16/2021 6:54:23 PM GMT) DATE 06/16/2021
49                                      Angela Schreck; Schreck
51 WITNESS _____ SELLER /s/ Barbara Schreck (Authentisign GMT) DATE 06/16/2021
52                                      Barbara Schreck
54 WITNESS _____ SELLER _____ DATE _____

Pennsylvania Association of REALTORS®
COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 1993
6/01

Villager Realty Danville, 570 Mill St Danville PA 17821     Phone: (570)275-8440    Fax:     Angie Schreck
Cory Poticher     Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com