# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re
Angela S Schreck                                    Case No 4:20-bk-02038
     Debtor

Angela S Schreck
     Movant
v
Synchrony Bank
     Respondent

## REQUEST FOR CERTIFIED ORDER

Please email to me a certified copy of the order entered to Docket No. 47.  Please bill to my

PACER account.  Thank you

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**


**BY: /s/ Robert Spielman**
Robert Spielman
PA ID No 21489
29 East Main St Ste D
Bloomsburg PA 17815-1485
570-380-1072
FAX 570-784-3429
E-mail bobspielman@yahoo.com
Website robertspielman.com

Bloomsburg, Pennsylvania
Dated:  September 7, 2021