IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re  
Angela S Schreck                                                             Case No 4:20-bk-02038  
    Debtor

Angela S Schreck  
    Movant  
v  
Discover Bank  
    Respondent

### REQUEST FOR CERTIFIED ORDER

Please email to me a certified copy of the order entered to Docket No. 46. Please bill to my

PACER account. Thank you

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**

**BY: /s/ Robert Spielman**  
Robert Spielman  
PA ID No 21489  
29 East Main St Ste D  
Bloomsburg PA 17815-1485  
570-380-1072  
FAX 570-784-3429  
E-mail bobspielman@yahoo.com  
Website robertspielman.com

Bloomsburg, Pennsylvania  
Dated: September 7, 2021