United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03402-MJC |
| Angela S Schreck | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 1
Date Rcvd: Sep 07, 2021  Form ID: pdf010  Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

**Recip ID**  **Recipient Name and Address**
  Gregg Lawrence Morris, Patenaude & Felix, A.P.C., 501 Corporate Drive Southpointe Center, Suite 205, Canonsburg, PA 15317
+ Roger C Hochschild President, Discover Bank, 502 Market St, Greenwood, DE 19950-9700

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Angela S Schreck bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re
Angela S Schreck
    Debtor

Case No 5:20-bk-03402-MJC

Angela S Schreck
    Movant
v
Discover Bank
    Respondent

ORDER

Upon consideration of the MOTION OF DEBTOR TO AVOID JUDICIAL LIEN IN ACCORDANCE WITH SECTION 522(f)(1) OF THE BANKRUPTCY CODE (the "Motion"), the Motion is granted, and the judicial lien in favor of Discover Bank and against the Debtor in the amount of $7944.22 , plus interest and costs, and docketed on October 12, 2020 in the Columbia County Court of Common Pleas to No 2020-CV-922, is hereby deemed avoided, and a certified copy of this Order may be deemed a sufficient satisfaction piece for the aforementioned judicial lien.

Dated: September 7, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge  (CN)