| | |
|---|---|
| In re: | Case No. 20-03402-MJC |
| Angela S Schreck | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 19, 2024 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Angela S Schreck, 2421 JPM Rd, Lewisburg, PA 17837-7457 |
| 5376404 | #+ | Barbara Schreck, 345 Extension St, Mansfield, PA 16933-1066 |
| 5376405 | + | Barbara Shreck, 345 Extension St, Mansfield, PA 16933-1066 |
| 5384720 | + | First Citizens Community Bank, 1163 South Main Street, Mansfield PA 16933-9537 |
| 5376410 | + | First Citizens National Bank Mans, 15 S Main St, Mansfield, PA 16933-1590 |
| 5376418 | + | University of Cincinnati, 2600 Clifton Ave, Cincinnati, OH 45220-2872 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 19 2024 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5376406 | + | EDI: CAPITALONE.COM | Sep 19 2024 22:34:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5376407 | + | EDI: CITICORP | Sep 19 2024 22:34:00 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5376408 | + | EDI: WFNNB.COM | Sep 19 2024 22:34:00 | Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5376409 | | EDI: DISCOVER | Sep 19 2024 22:34:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 5378762 | | EDI: DISCOVER | Sep 19 2024 22:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5376411 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 19 2024 18:38:00 | Freedom Mortgage, PO Box 50485, Indianapolis, IN 46250-0485 |
| 5388845 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 19 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5376412 | ^ | MEBN | Sep 19 2024 18:33:39 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5376413 | | EDI: JPMORGANCHASE | Sep 19 2024 22:34:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 5380066 | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5376414 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 19 2024 18:38:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |

| | | | | |
|---|---|---|---|---|
| 5376403 | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Sep 19 2024 18:38:00 | Attorney General of Ohio, PO Box 89471, Cleveland, OH 44101 |
| 5376415 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2024 18:38:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15222 |
| 5385174 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2024 18:38:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 5376479 | ^ | MEBN | Sep 19 2024 18:33:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5376416 | + | EDI: SYNC | Sep 19 2024 22:34:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 5376417 | + | EDI: WTRRNBANK.COM | Sep 19 2024 22:34:00 | TD Bank Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5376419 | + | Email/Text: vci.bkcy@vwcredit.com | Sep 19 2024 18:38:00 | VW Credit Inc, PO Box 3, Hillsboro, OR 97123-0003 |
| 5386652 | | EDI: AIS.COM | Sep 19 2024 22:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert Spielman | on behalf of Debtor 1 Angela S Schreck bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Angela S Schreck<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7216<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20-bk-03402-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela S Schreck

9/19/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2